**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOSE PEPPER'S RESTAURANTS, LLC and EDWARD J. GIESELMAN,

Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant.

Case No. 2:21-cv-2506

**ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL**

COMES NOW Defendant Zurich American Insurance Company ("ZAIC"), by and through undersigned counsel, with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, and hereby removes the above-captioned matter from the District Court of Johnson County, Kansas to the United States District Court of Kansas pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, ZAIC states as follows:

## I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. This action is presently pending in the District Court of Johnson County, Kansas under Case No. 21CV04812 (the "Action"). Jose Pepper's Restaurants, LLC ("Jose Pepper's") and Edward J. Gieselman ("Gieselman" and, collectively, "Plaintiffs") filed their Petition on October 7, 2021.

2. Plaintiffs served a copy of the Summons and Petition upon the Kansas Department of Insurance on October 12, 2021. ZAIC has not answered Plaintiffs' Petition in the Action.

3. Pursuant to 28 U.S.C. § 1446(b), ZAIC has 30 days from the receipt of the

Summons and Petition to seek removal of the Action to this Court. Accordingly, this Notice of Removal is timely filed.

4. As required by 28 U.S.C. § 1446(a) and Local Rule 81.2, a copy of all records and proceedings from the District Court of Johnson County, Kansas are attached as **Exhibit A.**

5. In accordance with 28 U.S.C. § 1446(d) and Local Rule 81.1(c)(2), ZAIC is filing a written notice of this removal, including a copy of this Notice of Removal, with the Clerk of the District Court of Johnson County, Kansas. A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff. A copy of the Notice of Filing Notice of Removal (without attachments) is attached as **Exhibit B.**

## II. DIVERSITY JURISDICTION EXISTS

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, that is alleged by Plaintiffs exceeds the sum of $75,000, and there is complete diversity of citizenship between the Plaintiffs and ZAIC. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### a. The Parties Are Completely Diverse

7. Jose Pepper's Restaurants, LLC states in its Petition that it is a Kansas Limited Liability Company that is active and in good standing with the Kansas Secretary of State. Jose Pepper's' registered agent's office is located at 8400 W. 110th Street, Suite 600, Overland Park, Kansas 66210. *See* **Ex. A, p. 1.** Jose Pepper's' physical address is listed with the Kansas Secretary of State as being located at 10540 Marty Street, Suite 100, Overland Park, Kansas 66212.

8. Upon information and belief, and pursuant to filings with the Kansas Secretary of State, Defendant Edward J. Gieselman is the only member of Jose Pepper's Restaurants, LLC. To the extent Gieselman is not the only member, and upon further information and belief, Jose

Pepper's, Inc. and/or Cactus Grill, Inc. is/are member(s) of Jose Pepper's Restaurants, LLC. Both Jose Pepper's, Inc. and Cactus Grill, Inc. are wholly Kansas-domiciled corporations. Upon information and belief, no member of Jose Pepper's, LLC is a citizen of New York or Illinois.

9. Gieselman also states in the Petition that he is an individual residing in Johnson County, Kansas. *See* **Ex. A, p. 1**. According to the Annual Report filed by Jose Pepper's with the Kansas Secretary of State, Gieselman's address is listed as 11410 West 161st Terrace, Overland Park, Kansas 66221.

10. At all relevant times, ZAIC was incorporated in the State of New York and had its principal place of business in Illinois. *See* **Exhibit C**, Declaration of Gabriella Garofalo-Johnson.

**b. The Amount in Controversy Requirement Is Satisfied**

11. The amount in controversy regarding Plaintiffs' claims for damages is alleged to exceed $75,000. Plaintiffs allege that Jose Pepper's was deprived of the benefit of insurance coverage for which Jose Pepper's paid premiums and that Jose Pepper's allegedly sustained actual damage in excess of $1,900,000. *See* **Ex A, p. 11 ¶ 56F.**

12. Based on the allegations asserted by Plaintiffs, ZAIC believes in good faith that the amount in controversy exceeds $75,000. Kansas law requires plaintiffs to plead to a specific sum of damages. *See* K.S.A. 60-208(a)(2). Plaintiffs have done so here and allege an amount in excess of $75,000.

13. Accordingly, based on a preponderance of the evidence, more than $75,000 is in controversy, and therefore, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met.

**WHEREFORE**, Defendant Zurich American Insurance Company respectfully removes this Action from the District Court of Johnson County, Kansas to the United States District Court

of Kansas, Kansas City, Kansas Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, ZAIC respectfully requests an opportunity to provide briefing and oral argument.

Dated: November 2, 2021

Respectfully submitted:

*s/ Meredith A. Webster*

Larry D. Fields KS #15753
Meredith A. Webster KS #25103
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; fax: 816-960-0041
larry.fields@kutakrock.com
meredith.webster@kutakrock.com
**ATTORNEYS FOR DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, a true and correct copy of the above and foregoing ***Defendant Zurich American Insurance Company's Notice of Removal*** was filed with the Clerk of the Court of Kansas by using the CM/ECF electronic filing system, which will send notification of such filing to the following counsel of record:

Shannon D. Johnson
Julie E. Parisi
SEIGFREID BINGHAM, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
sjohnson@sb-kc.com
jparisi@sb-kc.com
ATTORNEYS FOR PLAINTIFF

*s/ Meredith A. Webster*
Attorney for Defendant Zurich American Insurance Company