**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JOSE PEPPER'S RESTAURANTS, LLC )
and EDWARD J. GIESELMAN, )
)
    Plaintiffs, )
)
v. )    Case No. 2:21-cv-2506
)
ZURICH AMERICAN INSURANCE )
COMPANY, )
)
    Defendant. )

**DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO
DISMISS COUNTS II AND III OF PLANTIFFS' COMPLAINT**

Defendant Zurich American Insurance Company ("ZAIC" or "Defendant"), pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves the Court to dismiss Counts II and III of Plaintiffs Jose Pepper's Restaurants, LLC's and Edward J. Gieselman's (collectively, the "Plaintiffs") Complaint against ZAIC for failure to state claims upon which relief can be granted. ZAIC incorporates its memorandum in support of this motion herein by reference.

Plaintiffs' cause of action for promissory estoppel, Count II of their Complaint, fails to state a claim for which relief can be granted because it is based on an actual agreement, ZAIC Policy Number MPL 0239201-02 (the "Policy"), and is therefore duplicative of their cause of action for breach of contract in Count I of their Complaint.

Plaintiffs' cause of action for intentional infliction of emotion distress, Count III of their Complaint, fails to state a claim for which relief can be granted because it is a tort claim rooted in a contract and does not plead allegations that are objectively outrageous.

**WHEREFORE**, Defendant Zurich American Insurance Company respectfully requests that this Court dismiss with prejudice Counts II and III of Plaintiffs' Complaint against ZAIC and

1

4889-9227-6225

provide such other and further relief as this Court deems just and proper.


Dated: November 4, 2021.                    Respectfully submitted,


                                            s/ Larry D. Fields
                                            Larry D. Fields          KS# 15753
                                            Meredith A. Webster      KS# 25103
                                            **KUTAK ROCK LLP**
                                            Two Pershing Square
                                            2300 Main Street Ste. 800
                                            Kansas City, MO 64108
                                            (816) 960-0090 (Telephone)
                                            (816) 960-0041 (Facsimile)
                                            Larry.Fields@Kutackrock.com
                                            Meredith.Webster@Kutakrock.com
                                            **ATTORNEYS FOR DEFENDANT
                                            ZURICH AMERICAN INSURANCE
                                            COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, a true and correct copy of the above and foregoing ***Defendant Zurich American Insurance Company's Motion to Dismiss*** was filed with the Clerk of the Court of Kansas by using the CM/ECF electronic filing system, which will send notification of such filing to the following counsel of record:

        Shannon D. Johnson
        Julie E. Parisi
        SEIGFREID BINGHAM, P.C.
        2323 Grand Boulevard, Suite 1000
        Kansas City, MO 64108
        sjohnson@sb-kc.com
        jparisi@sb-kc.com
        ATTORNEYS FOR PLAINTIFF


                                            s/ Larry D. Fields
                                            Attorney for Defendant Zurich American
                                            Insurance Company

2