## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE PEPPER'S RESTAURANTS, LLC )
and EDWARD J. GIESELMAN, )
                            )
    Plaintiffs, )
                            )
v. )   Case No. 2:21-cv-2506
                            )
ZURICH AMERICAN INSURANCE )
COMPANY, )
                            )
    Defendant. )

### DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS COUNTS II AND III OF PLANTIFFS' AMENDED COMPLAINT

Defendant Zurich American Insurance Company ("ZAIC"), pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves the Court to dismiss Counts II and III of Plaintiffs Jose Pepper's Restaurants, LLC's and Edward J. Gieselman's (collectively, the "Plaintiffs") First Amended Complaint ("Amended Complaint") against ZAIC for failure to state claims upon which relief can be granted. ZAIC incorporates its memorandum in support of this motion herein by reference.

Plaintiffs' cause of action for promissory estoppel, Count II of their Amended Complaint, continues to fail to state a claim for which relief can be granted because it is based on an actual agreement, ZAIC Policy Number MPL 0239201-02 (the "Policy"), and is therefore duplicative of Plaintiffs' cause of action for breach of contract in Count I of their Complaint.

Plaintiffs' cause of action for intentional infliction of emotion distress, Count III of their Amended Complaint, fails to state a claim for which relief can be granted because it is a tort claim rooted in a contract and does not plead allegations that are objectively outrageous.

**WHEREFORE**, Defendant Zurich American Insurance Company respectfully requests that this Court dismiss with prejudice Counts II and III of Plaintiffs' First Amended Complaint

4895-3350-6822

against ZAIC and provide such other and further relief as this Court deems just and proper.

Dated: December 17, 2021                    Respectfully submitted,

                                            s/ Larry D. Fields
                                            Larry D. Fields          KS# 15753
                                            Meredith A. Webster       KS# 25103
                                            **KUTAK ROCK LLP**
                                            Two Pershing Square
                                            2300 Main Street Ste. 800
                                            Kansas City, MO 64108
                                            (816) 960-0090 (Telephone)
                                            (816) 960-0041 (Facsimile)
                                            Larry.Fields@Kutackrock.com
                                            Meredith.Webster@Kutakrock.com
                                            **ATTORNEYS FOR DEFENDANT**
                                            **ZURICH AMERICAN INSURANCE**
                                            **COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, a true and correct copy of the above and foregoing *Defendant Zurich American Insurance Company's Motion to Dismiss* was filed with the Clerk of the Court of Kansas by using the CM/ECF electronic filing system, which will send notification of such filing to the following counsel of record:

        Shannon D. Johnson
        Julie E. Parisi
        SEIGFREID BINGHAM, P.C.
        2323 Grand Boulevard, Suite 1000
        Kansas City, MO 64108
        sjohnson@sb-kc.com
        jparisi@sb-kc.com
        ATTORNEYS FOR PLAINTIFF

                                            s/ Larry D. Fields
                                            Attorney for Defendant Zurich American
                                            Insurance Company

2