## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE PEPPER'S RESTAURANTS, LLC
and, EDWARD J. GIESELMAN,

      Plaintiffs,

v.

      Case No. 2:21-CV-02506-TC-GEB

ZURICH AMERICAN INSURANCE
COMPANY,

      Defendant.

### NOTICE OF REMOTE VIDEO DEPOSITION OF PLAINTIFF
### EDWARD J. GIESELMAN

PLEASE TAKE NOTICE that the undersigned counsel of record for Zurich American Insurance Company ("ZAIC") will take the video deposition upon oral examination of **Edward J. Gieselman,** pursuant to Fed. R. Civ. P. 30, on Thursday, July 14, 2022, beginning at 9:00 a.m. Central Standard Time. The deposition testimony shall be taken and recorded by remote audio-video conference via Zoom, before a certified court reporter of Lexitas, 1608 Locust Street, Kanas City, Missouri 64108, who is authorized to administer oaths. The deposition shall continue from day-to-day until complete.

PLEASE TAKE FURTHER NOTICE that the court reporter will record the testimony by remote audio-video conference via Zoom and electronically. Counsel for the parties and their clients will be participating from various, separate locations via video conferencing technology. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to the manner of deposition,

1

4854-8747-3957

including any objection to the admissibility at trial of this testimony based on this manner of deposition.

The access link to this remote video deposition will be sent electronically by Lexitas to the following e-mail addresses for participation in this deposition:

Shannon D. Johnson
Julie E. Parisi
SEIGFREID BINGHAM, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
sjohnson@sb-kc.com
jparisi@sb-kc.com
**ATTORNEYS FOR PLAINTIFFS**

Larry D. Fields
Meredith A. Webster
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; fax: 816-960-0041
larry.fields@kutakrock.com
meredith.webster@kutakrock.com
**ATTORNEYS FOR DEFENDANT**
**ZURICH AMERICAN INSURANCE**
**COMPANY**

Dated: June 21, 2022

Respectfully submitted:

*s/ Meredith A. Webster*

| Larry D. Fields | KS #15753 |
| Meredith A. Webster | KS #25103 |

KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; fax: 816-960-0041
larry.fields@kutakrock.com
meredith.webster@kutakrock.com
**ATTORNEYS FOR DEFENDANT**
**ZURICH AMERICAN INSURANCE**
**COMPANY**

2

4854-8747-3957

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, a true and correct copy of the above and foregoing *Notice of Remote Video Deposition of Plaintiff Edward J. Gieselman* was filed with the Clerk of the Court of Kansas by using the CM/ECF electronic filing system, which will send notification of such filing to the following counsel of record

Shannon D. Johnson
Julie E. Parisi
SEIGFREID BINGHAM, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
sjohnson@sb-kc.com
jparisi@sb-kc.com
ATTORNEYS FOR PLAINTIFFS

*s/ Meredith A. Webster*
Attorney for Defendant Zurich American
Insurance Company

3

4854-8747-3957